IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 AUG 18 PM 12: 40

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR 287 |
| | ) | |
| vs. | ) | **INDICTMENT** |
| | ) | |
| PATRICK L. BOHALL, | ) | [26 U.S.C. § 7206(1)&(2) |
| | ) | 26 U.S.C. § 7203] |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

## COUNT I

On or about the 12th day of October, 2004, in the District of Nebraska and elsewhere, PATRICK L. BOHALL, a resident of Iowa and having his principal place of business in South Sioux City, Nebraska, did willfully make and subscribe and did willfully aid, abet, assist and cause to be so made and subscribed, a United States Individual Income Tax Return (Form 1040) for the 2003 tax year, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That the Form 1040 for the 2003 tax year was prepared by Freedom & Privacy Committee in Palmdale, California, signed by PATRICK L. BOHALL and bearing PATRICK L. BOHALL's business return address in South Sioux City, Nebraska, and mailed to the Internal Revenue Center in St. Louis, Missouri, said return stating on Line 37 that he was claiming $222,441 in itemized deductions thus reducing his calculated income tax liability to zero stating on Line 27 of his Schedule C that the deduction is "Paid compensation to the owner for participating in the business as a manager/worker"; and; stating on Line 27 of his Schedule A that his $222,441 salary was "Not-For-Profit-Activities," whereas as he then and there knew and believed the $222,441 was not deductible and was taxable as income.

In violation of Title 26, United States Code, Section 7206(1) and (2).

## COUNT II

During the calendar year 2004, PATRICK E. BOHALL, a resident of Iowa and having his principal place of business in South Sioux City, Nebraska, had and received business income of $392,681; that by reason of such business income, he was required by law, following the close of the calendar year 2004, and on or before April 15, 2005, to make an income tax return to the Director, Internal Revenue Service Center, at Kansas City, Missouri, to any person assigned to receive such returns at the local office of the Internal Revenue Service, or any other proper officer of the United States, stating specifically the items of his gross income, and any deductions and credits to which he was entitled; that well knowing and believing all of the foregoing, PATRICK E. BOHALL did wilfully fail to make an income tax return to the Director of the Internal Revenue Center, to any person assigned to receive returns at the local office of the Internal Revenue Service or to any other proper officer of the United States.

In violation of Title 26, United States Code, Section 7203.

## COUNT III

During the calendar year 2005, PATRICK E. BOHALL, a resident of Iowa and having his principal place of business in South Sioux City, Nebraska, had and received business income of $326,469; that by reason of such business income, he was required by law, following the close of the calendar year 2005, and on or before April 15, 2006, to make an income tax return to the Director, Internal Revenue Service Center, at Kansas City, Missouri, to any person assigned to receive such returns at the local office of the Internal Revenue Service, or any other proper officer of the United States, stating specifically the items of his gross income, and any deductions

and credits to which he was entitled; that well knowing and believing all of the foregoing, PATRICK E. BOHALL did wilfully fail to make an income tax return to the Director of the Internal Revenue Center, to any person assigned to receive returns at the local office of the Internal Revenue Service, or to any other proper officer of the United States.

In violation of Title 26, United States Code, Section 7203.

## COUNT IV

During the calendar year 2006, PATRICK E. BOHALL, a resident of Iowa and having his principal place of business in South Sioux City, Nebraska, had and received business income of $613,419; that by reason of such business income, he was required by law, following the close of the calendar year 2006, and on or before April 15, 2007, to make an income tax return to the Director, Internal Revenue Service Center, at Kansas City, Missouri, to any person assigned to receive such returns at the local office of the Internal Revenue Service, or any other proper officer of the United States, stating specifically the items of his gross income, and any deductions and credits to which he was entitled; that well knowing and believing all of the foregoing, PATRICK E. BOHALL did wilfully fail to make an income tax return to the Director of the Internal Revenue Center, to any person assigned to receive returns at the local office of the Internal Revenue Service or to any other proper officer of the United States.

In violation of Title 26, United States Code, Section 7203.

A TRUE BILL

~~FOREPERSON~~

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney

4