IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) PATRICK L. BOHALL, ) ) Defendant. ) ) | 8:10CR287 MEMORANDUM AND ORDER |

This matter is before the court on the defendant's motion to extend his self-surrender date. Filing No. 81. Following a phone conference with counsel for the government and the defendant, the court will grant the motion in part.

IT IS ORDERED that the defendant's motion is granted in part, and the defendant's self-surrender date is extended to on or before **May 22, 2012, at FPC Yankton,** South Dakota.

DATED this 20th day of April, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge